UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2021 NOV 30  PM 12: 01

PHILLIP JEROME GARDNER

NYSID # 4961825P

No. _____

Write the full name of each plaintiff.

(To be filled out by Clerk's Office)

-against-

THE STATE OF NEW YORK
Ms. KATHY HOCHUL
DR. CARL J. KOENIGSMAN
MEDICAL CHIEF OFFICER

Write the full name of each defendant. If you cannot fit the
names of all of the defendants in the space provided, please
write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The
names listed above must be identical to those contained in
Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes   ☐ No

---

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

## I.  LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a *"Bivens"* action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II.  PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

PHILLIP                    J.              GARDNER
First Name          Middle Initial          Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

00-A-1955   NYSID # 4961825P

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

GREEN HAVEN CORRECTIONAL FACILITY
Current Place of Detention

P.O Box 4000
Institutional Address

STORMVILLE          NY          12582-4000
County, City          State          Zip Code

## III.  PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced prisoner
☐ Other: _____

## IV.    DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:        Ms. KATHY Hochul

First Name                     Last Name                          Shield #

GoveRNoR

Current Job Title (or other identifying information)

Current Work Address

uNKNOWN

County, City                        State                          Zip Code

Defendant 2:

First Name                     Last Name                          Shield #

DR. CARL J. Koeigsman

Current Job Title (or other identifying information)

MEDICAL chief OFFICER

Current Work Address

1220 WASHINGTON AVENUE

County, City                        State                          Zip Code

ALBANY        NY        12226-2050

Defendant 3:

First Name                     Last Name                          Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City                        State                          Zip Code

Defendant 4:

First Name                     Last Name                          Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City                        State                          Zip Code

## V.    STATEMENT OF CLAIM

Place(s) of occurrence:    IN PRISON

Date(s) of occurrence:    2020

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

I HAD A CATARACT IN MY LEFT EYE EVER SINCE 2000.

I HAD A CONSULTATION IN MY MEDICAL RECORDS SINCE 2000 FOR LASER SURGERY TO REMOVE A CATARACT IN MY LEFT EYE WHICH NEVER HAPPEN AND I'M NOW BLIND IN MY LEFT EYE. AND I'M GOING BLIND IN MY RIGHT EYE DUE TO NOT RECEIVING MY CORRECT DIABETIC CARE.

MY PUPIL IN MY LEFT EYE IS NOW GRAY WHICH SUPPOSE TO BE BROWN LIKE MY RIGHT EYE I AM IN THE CUSTODY OF THE STATE OF NEW YORK AND I SENT DR. CARL J. KOENGSMAN NOTARIZED AFFIDAVIT OF COMPLAINTS COMPLAINING ABOUT MY EYES.

I CAN'T JUST WALK INTO A HOSPITAL LIKE IF I WAS IN SOCIETY. I WENT TO SICK CALL PLENTY OF TIMES COMPLAINING ABOUT MY EYES.

THIS IS NEGLEGENCE AND DELEBRATE INDIFFERENCE AND DISCRIMINATION OF MY DISABILITY. I HAVE A MENTAL ILLNESS.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Blind In LEFT EYE
I REQUIRED LASER SURGERY.

## VI.    RELIEF

State briefly what money damages or other relief you want the court to order.

500 MILLION
And PUNITIVE DAMAGES

I ALSO NEED AN ATTORNEY OR LAW FIRM TO REPRESENT ME IN THIS LAWSUIT. I DON'T WANT ANY PRO-BONO ATTORNEY. I'M WILLING TO PAY THE ATTORNEY 33% OUT OF THE WINNINGS.

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 11-18-21 | | *Phillip J. Gardner* |
| --- | --- | --- |
| Dated | | Plaintiff's Signature |
| PHILLIP | J. | GARDNER |
| First Name | Middle Initial | Last Name |

P.O Box 4000
Prison Address

| STORMVILLE | NY | 12582-4000 |
| --- | --- | --- |
| County, City | State | Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing: _____

```
                    STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES
                                         GREEN HAVEN  CORRECTIONAL FACILITY
                           INMATE STATEMENT FOR THE PERIOD 11/01/19 THRU 11/29/19
      ****************************************************************************
      *                                                                          *
      *   NAME:GARDNER PHILLIP        DEPT ID:00A1955   CELL LOC:AV-02-E05  NYSID:04961825P *
      *                                                                          *
      ****************************************************************************
```

| FACILITY | DATE | TRANSACTION (COMMENTS) | TR-NUM | RECEIPT(+) | DISBURS(-) | COLLECTED AMT | STATEWIDE SPENDABLE | STATEWIDE ACCT BAL |
|---|---|---|---|---|---|---|---|---|
|  |  | STARTING BALANCE AT GREEN HAVEN |  |  |  |  | 5.15 | 249.89 |
|  |  | BALANCE FORWARD |  |  |  | 244.74 |  | 249.89 |
| GREEN HAVEN | 11/07/19 | PAYROLL RCPT | 770933 | 4.75 |  | 1.23 | 8.67 | 254.64 |
| GREEN HAVEN | 11/14/19 | PAYROLL RCPT | 770933 | 4.75 |  | 1.90 | 11.52 | 259.39 |
| GREEN HAVEN | 11/18/19 | COMM BUY |  |  |  | .00 | 1.95 | 250.82 |
| GREEN HAVEN | 11/21/19 | PAYROLL RCPT | 770933 | 3.80 | 8.57 | .76 | 5.99 | 254.62 |
| GREEN HAVEN | 11/27/19 | PAYROLL RCPT | 770933 | 4.75 |  | 1.90 | 8.84 | 259.37 |
| GREEN HAVEN | 11/29/19 | COMM BUY |  |  | 5.92 | .00 | 2.92 | 253.45 |

```
                        MONTHLY ENDING TOTALS          18.05    14.49   250.53   2.92   253.45

                        ENDING BALANCE AT GREEN HAVEN                                   253.45

      20% OF AVERAGE 6 MO SPENDABLE BALANCE        .76    20% OF AVERAGE 6 MO DEPOSIT AMT    4.24


          LAGGED PAYROLL, DAYS LAGGED - 15 AMOUNT LAGGED -  6.57
          THIS AMOUNT WILL BE ADDED TO YOUR ACCOUNT UPON RELEASE ONLY

      ---- ENCUMBRANCE BREAKDOWN ----
```

| REASON | DATE IMPOSED | NOTES | TOTAL OWED | COL MTDATE | COL TO-DATE | BALANCE DUE |
|---|---|---|---|---|---|---|
| FED FILE FEE USDCSDNY | 04/21/10 | 102972 | 350.00 | 1.90 | 192.40 | 157.60 |
| FED FILE FEE USDCSDNY | 04/28/10 | 105182 | 350.00 | 1.95 | 5.29 | 344.71 |
| FED FILE FEE USDCSDNY | 08/20/10 | 10 2450 | 455.00 | .00 | 7.56 | 447.44 |
| FED FILE FEE USDCSDNY | 05/13/12 | 11CV6358 | 350.00 | .00 | 2.15 | 347.85 |
| RESTITUTION | 08/08/14 | HD 7/29-8/1/14 | 54.00 | 2.66 | 38.13 | 15.87 |
| DISCIPLINARY TIER III | 05/03/17 | HD 4/14-4/18/17 | 5.00 | .28 | 5.00 | .00 |

```
      * ENCUMBRANCES ESTABLISHED AND PAID IN THE CURRENT MONTH.
```

*(handwritten annotations: "LAWSUITS FILING FEES")*

```
08/06/21        SLOC010        LOCATOR SYSTEM        *FPMS*        PAGE 001
                            CHRONOLOGICAL HISTORY DISPLAY
                                 08 GRN HAVN GEN
        DIN 00A1955      NYSID 04961825P   FACILITY GRN HAVN ICP   LOCATION 0J-05-006
        NAME GARDNER, PHILLIP                         DOB 11/01/64   SEX M   E/R NB

    EFFECTIVE      DATE       SENDING      RECEIVING FAC/   TRANSACTION
      DATE        ENTERED     FACILITY    OUTCOUNT LOCATION    TYPE        CELL
```

| EFFECTIVE DATE | DATE ENTERED | SENDING FACILITY | RECEIVING FAC/ OUTCOUNT LOCATION | TRANSACTION TYPE | CELL |
|---|---|---|---|---|---|
| 04/12/00 | 04/12/00 | | DWNSTATE REC | NEW COMMIT | 03-0G-007 |
| 09/06/00 | 09/06/00 | DWNSTATE REC | GRN HAVN GEN | TRANSFER OUT | 01-0C-004 |
| 09/06/00 | 09/06/00 | DWNSTATE REC | GRN HAVN GEN | TRANSFER IN | 0J-01-025 |
| 06/22/04 | 06/22/04 | GRN HAVN GEN | ATTICA GEN | TRANSFER OUT | 0A-63-69S |
| 06/22/04 | 06/22/04 | GRN HAVN GEN | AUBURN DEPOT | INTRANS RECV | 0D-08-23B |
| 06/23/04 | 06/23/04 | AUBURN DEPOT | ATTICA GEN | INTRANS SENT | 0D-08-23B |
| 06/23/04 | 06/23/04 | GRN HAVN GEN | ATTICA GEN | TRANSFER IN | 0B-14-18S |
| 08/09/05 | 08/09/05 | ATTICA GEN | SING SING GN | TRANSFER OUT | 0D-42-42S |
| 08/09/05 | 08/09/05 | ATTICA GEN | AUBURN DEPOT | INTRANS RECV | 0D-08-44B |
| 08/11/05 | 08/11/05 | AUBURN DEPOT | SING SING GN | INTRANS SENT | 0D-08-44B |
| 08/11/05 | 08/11/05 | AUBURN DEPOT | DWNSTATE REC | INTRANS RECV | 02-0B-020 |
| 08/15/05 | 08/15/05 | DWNSTATE REC | SING SING GN | INTRANS SENT | 02-0B-020 |
| 08/15/05 | 08/15/05 | ATTICA GEN | SING SING GN | TRANSFER IN | 05-0A-09S |
| 12/05/05 | 12/05/05 | SING SING GN | SINGSING ICP | TRANSFER IN | 05-0D-58S |
| 01/19/06 | 01/19/06 | SINGSING ICP | SULLIVAN ICP | TRANSFER OUT | 05-0D-58S |
| 01/19/06 | 01/19/06 | SINGSING ICP | SULLIVAN ICP | TRANSFER IN | 0E-N1-50S |
| 03/08/06 | 03/08/06 | SULLIVAN ICP | SULLIVAN | INTRANS SENT | 0E-N1-50S |
| 03/08/06 | 03/08/06 | SULLIVAN ICP | SULLIVAN | INTRANS RECV | HS-WD-B02 |
| 03/09/06 | 03/09/06 | SULLIVAN | SULLIVAN ICP | INTRANS SENT | HS-WD-B02 |
| 03/09/06 | 03/09/06 | SULLIVAN | SULLIVAN ICP | INTRANS RECV | 0E-N1-50S |
| 04/28/06 | 04/28/06 | SULLIVAN ICP | SULLIVAN | INTRANS SENT | 0E-N1-50S |
| 04/28/06 | 04/28/06 | SULLIVAN ICP | SULLIVAN | INTRANS RECV | HS-WD-C01 |
| 05/02/06 | 05/02/06 | SULLIVAN | SULLIVAN ICP | INTRANS SENT | HS-WD-C01 |
| 05/02/06 | 05/02/06 | SULLIVAN | SULLIVAN ICP | INTRANS RECV | 0E-N1-50S |
| 08/01/06 | 08/01/06 | SULLIVAN ICP | SULLIVAN | INTRANS SENT | 0E-N1-50S |
| 08/01/06 | 08/01/06 | SULLIVAN ICP | SULLIVAN | INTRANS RECV | 0E-N1-50S |
| 08/01/06 | 08/01/06 | SULLIVAN ICP | SULLIVAN | INTRANS SENT | 0E-N1-50S |
| 08/01/06 | 08/01/06 | SULLIVAN ICP | SULLIVAN | INTRANS RECV | MH-OB-001 |
| 08/07/06 | 08/07/06 | SULLIVAN | SULLIVAN ICP | INTRANS SENT | HS-IO-001 |
| 08/07/06 | 08/07/06 | SULLIVAN | SULLIVAN ICP | INTRANS RECV | 0E-N1-50S |
| 08/09/06 | 08/09/06 | SULLIVAN ICP | SULLIVAN | INTRANS SENT | 0E-N1-50S |
| 08/09/06 | 08/09/06 | SULLIVAN ICP | SULLIVAN | INTRANS RECV | HS-WD-B04 |
| 08/10/06 | 08/10/06 | SULLIVAN | SULLIVAN ICP | INTRANS SENT | HS-WD-B04 |
| 08/10/06 | 08/10/06 | SULLIVAN | SULLIVAN ICP | INTRANS RECV | 0E-N1-50S |
| 10/04/06 | 10/04/06 | SULLIVAN ICP | SULLIVAN | INTRANS SENT | 0E-N1-50S |
| 10/04/06 | 10/04/06 | SULLIVAN ICP | SULLIVAN | INTRANS RECV | MH-OB-001 |
| 10/12/06 | 10/12/06 | SULLIVAN | SULLIVAN ICP | INTRANS SENT | HS-IO-001 |
| 10/12/06 | 10/12/06 | SULLIVAN | SULLIVAN ICP | INTRANS RECV | 0E-N1-50S |
| 10/26/06 | 10/26/06 | SULLIVAN ICP | SULLIVAN | INTRANS SENT | 0E-N1-50S |
| 10/26/06 | 10/26/06 | SULLIVAN ICP | SULLIVAN | INTRANS RECV | HS-IO-003 |
| 10/30/06 | 10/30/06 | SULLIVAN | SULLIVAN ICP | INTRANS SENT | HS-IO-003 |
| 10/30/06 | 10/30/06 | SULLIVAN | SULLIVAN ICP | INTRANS RECV | 0E-N1-50S |
| 11/01/06 | 11/01/06 | SULLIVAN ICP | SULLIVAN | INTRANS SENT | 0E-N1-50S |
| 11/01/06 | 11/01/06 | SULLIVAN ICP | SULLIVAN | INTRANS RECV | SH-UU-262 |
| 12/05/06 | 12/05/06 | SULLIVAN | SULLIVAN ICP | INTRANS SENT | SH-UU-262 |
| 12/05/06 | 12/05/06 | SULLIVAN | SULLIVAN ICP | INTRANS RECV | 0E-N1-50S |
| 03/27/07 | 03/27/07 | SULLIVAN ICP | SULLIVAN | INTRANS SENT | 0E-N1-50S |
| 03/27/07 | 03/27/07 | SULLIVAN ICP | SULLIVAN | INTRANS RECV | HS-WD-A03 |
| 03/28/07 | 03/28/07 | SULLIVAN | SULLIVAN ICP | INTRANS SENT | HS-WD-A03 |
| 03/28/07 | 03/28/07 | SULLIVAN | SULLIVAN ICP | INTRANS RECV | 0E-N1-50S |

NOTE: THIS REPORT WAS RECONSTRUCTED USING HISTORICAL INMATE MOVEMENT DATA FROM
      COMPUTER RECORDS, AND IS ONLY AS ACCURATE AS IT WAS MAINTAINED BY THE
      FACILITY FOR THIS TIME PERIOD.

```
08/06/21      SLOC010        LOCATOR SYSTEM        *FPMS*         PAGE 002
                      CHRONOLOGICAL HISTORY DISPLAY
                           08 GRN HAVN GEN
   DIN 00A1955     NYSID 04961825P    FACILITY GRN HAVN ICP    LOCATION 0J-05-006
   NAME GARDNER, PHILLIP                      DOB 11/01/64    SEX M    E/R NB

 EFFECTIVE   DATE      SENDING       RECEIVING FAC/   TRANSACTION
   DATE     ENTERED    FACILITY     OUTCOUNT LOCATION    TYPE          CELL

 12/27/07   12/27/07  SULLIVAN ICP   GRT MEAD GEN    TRANSFER OUT   0E-N1-50S
 12/27/07   12/27/07  SULLIVAN ICP   DWNSTATE REC    INTRANS RECV   01-0F-006
 12/31/07   12/31/07  DWNSTATE REC   GRT MEAD GEN    INTRANS SENT   02-0B-020
 12/31/07   12/31/07  SULLIVAN ICP   GRT MEAD GEN    TRANSFER IN    0E-08-27S
 02/15/08   02/15/08  GRT MEAD GEN   SING SING GN    INTRANS SENT   0A-2W-31S
 02/15/08   02/15/08  GRT MEAD GEN   DWNSTATE REC    INTRANS RECV   03-0B-022
 02/19/08   02/19/08  DWNSTATE REC   SING SING GN    INTRANS SENT   03-0B-022
 02/19/08   02/19/08  DWNSTATE REC   SING SING GN    INTRANS RECV   05-0A-11S
 02/20/08   02/20/08  SING SING GN   NEW YORK        COURT TRIP     05-0A-11S
 03/11/08   03/11/08                 SING SING GN    OUTCOUNT RET   05-0A-16S
 04/03/08   04/03/08  SING SING GN   GRT MEAD GEN    INTRANS SENT   05-0A-03S
 04/03/08   04/03/08  SING SING GN   DWNSTATE REC    INTRANS RECV   03-0G-032
 04/04/08   04/04/08  DWNSTATE REC   GRT MEAD GEN    INTRANS SENT   03-0G-032
 04/04/08   04/04/08  DWNSTATE REC   GRT MEAD GEN    INTRANS RECV   0E-08-14S
 04/16/08   04/16/08  GRT MEAD GEN   GRT MEAD ICP    INTRANS SENT   0B-8E-31S
 04/16/08   04/16/08  GRT MEAD GEN   GRT MEAD ICP    INTRANS RECV   0D-8W-30S
 05/07/08   05/07/08  GRT MEAD GEN   GRT MEAD ICP    TRANSFER IN    0D-8W-30S
 12/10/08   12/10/08  GRT MEAD ICP   GRT MEAD GEN    INTRANS SENT   0D-8W-30S
 12/10/08   12/10/08  GRT MEAD ICP   GRT MEAD GEN    INTRANS RECV   MH-0B-002
 12/12/08   12/12/08  GRT MEAD GEN   GRT MEAD ICP    INTRANS SENT   MH-0B-002
 12/12/08   12/12/08  GRT MEAD GEN   GRT MEAD ICP    INTRANS RECV   0D-8W-30S
 01/19/10   01/19/10  GRT MEAD ICP   GRT MEAD GEN    INTRANS SENT   0D-6W-23S
 01/19/10   01/19/10  GRT MEAD ICP   GRT MEAD GEN    INTRANS RECV   HS-IN-W1B
 01/21/10   01/21/10  GRT MEAD GEN   GRT MEAD ICP    INTRANS SENT   HS-IN-W1B
 01/21/10   01/21/10  GRT MEAD GEN   GRT MEAD ICP    INTRANS RECV   0D-6W-23S
 05/18/10   05/18/10  GRT MEAD ICP   GRN HAVN ICP    TRANSFER OUT   0D-6W-23S
 05/18/10   05/18/10  GRT MEAD ICP   GRN HAVN ICP    TRANSFER IN    0J-05-018
 09/21/10   09/21/10  GRN HAVN ICP   GRN HAVN ICP    INTRANS SENT   0J-05-018
 09/21/10   09/21/10  GRN HAVN ICP   GRN HAVN ICP    INTRANS RECV   0J-06-014
 04/18/11   04/18/11  GRN HAVN ICP   GRN HAVN GEN    INTRANS SENT   AV-02-E07
 04/18/11   04/18/11  GRN HAVN ICP   GRN HAVN GEN    INTRANS RECV   0A-01-108
 07/25/11   07/25/11  GRN HAVN ICP   SINGSING ICP    TRANSFER OUT   0A-01-101
 07/25/11   07/25/11  GRN HAVN ICP   SINGSING ICP    TRANSFER IN    05-0D-35S
 09/02/11   09/02/11  SINGSING ICP   SING SING GN    INTRANS SENT   05-0D-35S
 09/02/11   09/02/11  SINGSING ICP   SING SING GN    INTRANS RECV   MH-0B-005
 09/13/11   09/13/11  SING SING GN   SINGSING ICP    INTRANS SENT   MH-0B-005
 09/13/11   09/13/11  SING SING GN   SINGSING ICP    INTRANS RECV   05-0D-35S
 09/19/11   09/19/11  SINGSING ICP   AUBURN ICP      TRANSFER OUT   05-0D-35S
 09/19/11   09/19/11  SINGSING ICP   DWNSTATE REC    INTRANS RECV   01-0F-011
 09/20/11   09/20/11  DWNSTATE REC   AUBURN ICP      INTRANS SENT   01-0F-011
 09/20/11   09/20/11  SINGSING ICP   AUBURN ICP      TRANSFER IN    0E-06-025
 03/16/12   03/16/12  AUBURN ICP     AUBURN GENER    TRANSFER IN    0E-03-25S
 08/20/12   08/20/12  AUBURN GENER   WENDE ICP       TRANSFER OUT   0D-06-22S
 08/20/12   08/20/12  AUBURN GENER   WENDE ICP       TRANSFER IN    MH-02-B01
 02/05/13   02/05/13  WENDE ICP      ATTICA ICP      TRANSFER OUT   MH-02-C04
 02/05/13   02/05/13  WENDE ICP      ATTICA ICP      TRANSFER IN    0A-03-32S
 02/05/13   02/05/13  ATTICA ICP     ATTICA GEN      INTRANS SENT   0A-03-32S
 02/05/13   02/05/13  ATTICA ICP     ATTICA GEN      INTRANS RECV   H2-12-I01
 02/07/13   02/07/13  ATTICA GEN     ATTICA ICP      INTRANS SENT   MH-0B-004
 02/07/13   02/07/13  ATTICA GEN     ATTICA ICP      INTRANS RECV   0A-03-32S
```

NOTE: THIS REPORT WAS RECONSTRUCTED USING HISTORICAL INMATE MOVEMENT DATA FROM
      COMPUTER RECORDS, AND IS ONLY AS ACCURATE AS IT WAS MAINTAINED BY THE
      FACILITY FOR THIS TIME PERIOD.

```
08/06/21      SLOC010          LOCATOR SYSTEM       *FPMS*          PAGE 003
                        CHRONOLOGICAL HISTORY DISPLAY
                            08 GRN HAVN GEN
   DIN 00A1955     NYSID 04961825P    FACILITY GRN HAVN ICP    LOCATION 0J-05-006
   NAME GARDNER, PHILLIP                      DOB 11/01/64   SEX M   E/R NB
```

| EFFECTIVE DATE | DATE ENTERED | SENDING FACILITY | RECEIVING FAC/ OUTCOUNT LOCATION | TRANSACTION TYPE | CELL |
|---|---|---|---|---|---|
| 03/08/13 | 03/08/13 | ATTICA ICP | ATTICA GEN | INTRANS SENT | 0A-03-32S |
| 03/08/13 | 03/08/13 | ATTICA ICP | ATTICA GEN | INTRANS RECV | RB-CW-010 |
| 03/29/13 | 03/29/13 | ATTICA ICP | ATTICA RMHU | TRANSFER OUT | RB-CW-010 |
| 03/29/13 | 03/29/13 | ATTICA ICP | ATTICA RMHU | TRANSFER IN | RB-BN-010 |
| 04/08/13 | 04/08/13 | ATTICA RMHU | ATTICA GEN | INTRANS SENT | RB-BN-010 |
| 04/08/13 | 04/08/13 | ATTICA RMHU | ATTICA GEN | INTRANS RECV | H2-13-I02 |
| 04/10/13 | 04/10/13 | ATTICA GEN | ATTICA RMHU | INTRANS SENT | H2-13-I02 |
| 04/10/13 | 04/10/13 | ATTICA GEN | ATTICA RMHU | INTRANS RECV | RB-BN-010 |
| 05/26/13 | 05/26/13 | ATTICA RMHU | ATTICA GEN | INTRANS SENT | RB-BN-010 |
| 05/26/13 | 05/26/13 | ATTICA RMHU | ATTICA GEN | INTRANS RECV | MH-OB-006 |
| 05/30/13 | 05/30/13 | ATTICA GEN | ATTICA RMHU | INTRANS SENT | MH-OB-006 |
| 05/30/13 | 05/30/13 | ATTICA GEN | ATTICA RMHU | INTRANS RECV | RB-BN-010 |
| 05/31/13 | 05/31/13 | ATTICA RMHU | ATTICA GEN | INTRANS SENT | RB-BN-010 |
| 05/31/13 | 06/03/13 | ATTICA RMHU | ATTICA GEN | INTRANS RECV | MH-OB-005 |
| 06/24/13 | 06/24/13 | ATTICA GEN | ATTICA RMHU | INTRANS SENT | H2-12-I01 |
| 06/24/13 | 06/24/13 | ATTICA GEN | ATTICA RMHU | INTRANS RECV | RB-BN-007 |
| 07/26/13 | 07/26/13 | ATTICA RMHU | ATTICA GEN | INTRANS SENT | RB-BN-007 |
| 07/26/13 | 07/26/13 | ATTICA RMHU | ATTICA GEN | INTRANS RECV | H2-13-I02 |
| 08/02/13 | 08/02/13 | ATTICA GEN | ATTICA RMHU | INTRANS SENT | MH-OB-009 |
| 08/02/13 | 08/02/13 | ATTICA GEN | ATTICA RMHU | INTRANS RECV | RB-BN-007 |
| 08/31/13 | 08/31/13 | ATTICA RMHU | ATTICA GEN | INTRANS SENT | RB-BN-007 |
| 08/31/13 | 08/31/13 | ATTICA RMHU | ATTICA GEN | INTRANS RECV | H2-12-I01 |
| 09/03/13 | 09/03/13 | ATTICA GEN | 0210 | OUTSIDE HOSP | H2-12-I01 |
| 09/10/13 | 09/10/13 | | ATTICA GEN | OUTCOUNT RET | H2-13-I02 |
| 11/06/13 | 11/06/13 | ATTICA GEN | ATTICA RMHU | INTRANS SENT | H2-14-S03 |
| 11/06/13 | 11/06/13 | ATTICA GEN | ATTICA RMHU | INTRANS RECV | RB-BN-002 |
| 02/28/14 | 02/28/14 | ATTICA RMHU | ATTICA GEN | INTRANS SENT | RB-BN-002 |
| 02/28/14 | 02/28/14 | ATTICA RMHU | ATTICA GEN | INTRANS RECV | H2-13-I02 |
| 03/03/14 | 03/03/14 | ATTICA GEN | WENDE RMU | INTRANS SENT | H2-13-I02 |
| 03/03/14 | 03/04/14 | ATTICA GEN | WENDE | INTRANS RECV | MH-OB-004 |
| 03/06/14 | 03/06/14 | WENDE | ATTICA GEN | INTRANS SENT | MH-OB-004 |
| 03/06/14 | 03/06/14 | WENDE | ATTICA RMHU | INTRANS RECV | RB-BN-002 |
| 05/05/14 | 05/05/14 | ATTICA RMHU | FIVE PT RMHU | TRANSFER OUT | RB-BN-002 |
| 05/05/14 | 05/05/14 | ATTICA RMHU | AUBURN DEPOT | INTRANS SENT | 0D-08-14B |
| 05/06/14 | 05/06/14 | AUBURN DEPOT | FIVE PT RMHU | INTRANS SENT | 0D-08-14B |
| 05/06/14 | 05/06/14 | ATTICA RMHU | FIVE PT RMHU | TRANSFER IN | 77-0D-009 |
| 05/09/14 | 05/09/14 | FIVE PT RMHU | FIVE POINTS | INTRANS SENT | 77-0D-009 |
| 05/09/14 | 05/09/14 | FIVE PT RMHU | FIVE POINTS | INTRANS RECV | HS-00-R06 |
| 05/15/14 | 05/15/14 | FIVE POINTS | FIVE PT RMHU | INTRANS SENT | HS-00-R06 |
| 05/15/14 | 05/15/14 | FIVE POINTS | FIVE PT RMHU | INTRANS RECV | 77-0D-009 |
| 05/17/14 | 05/17/14 | FIVE PT RMHU | FIVE POINTS | INTRANS SENT | 77-0D-009 |
| 05/17/14 | 05/17/14 | FIVE PT RMHU | FIVE POINTS | INTRANS RECV | HS-00-R05 |
| 05/20/14 | 05/20/14 | FIVE POINTS | FIVE PT RMHU | INTRANS SENT | MH-00-I03 |
| 05/20/14 | 05/20/14 | FIVE POINTS | FIVE PT RMHU | INTRANS RECV | 77-0D-009 |
| 06/02/14 | 06/02/14 | FIVE PT RMHU | FIVE POINTS | INTRANS SENT | 77-0D-009 |
| 06/02/14 | 06/02/14 | FIVE PT RMHU | FIVE POINTS | INTRANS RECV | MH-00-I01 |
| 06/04/14 | 06/04/14 | FIVE POINTS | FIVE PT RMHU | INTRANS SENT | MH-00-I01 |
| 06/04/14 | 06/04/14 | FIVE POINTS | FIVE PT RMHU | INTRANS RECV | 77-0D-009 |
| 09/04/14 | 09/04/14 | FIVE PT RMHU | FIVE POINTS | INTRANS SENT | 77-0D-009 |
| 09/04/14 | 09/04/14 | FIVE PT RMHU | FIVE POINTS | INTRANS RECV | HS-00-R05 |

```
NOTE: THIS REPORT WAS RECONSTRUCTED USING HISTORICAL INMATE MOVEMENT DATA FROM
      COMPUTER RECORDS, AND IS ONLY AS ACCURATE AS IT WAS MAINTAINED BY THE
      FACILITY FOR THIS TIME PERIOD.
```

```
08/06/21        SLOC010         LOCATOR SYSTEM        *FPMS*        PAGE 004
                             CHRONOLOGICAL HISTORY DISPLAY
                                  08 GRN HAVN GEN
   DIN 00A1955      NYSID 04961825P    FACILITY GRN HAVN ICP    LOCATION 0J-05-006
      NAME GARDNER, PHILLIP                    DOB 11/01/64    SEX M   E/R NB


   EFFECTIVE    DATE        SENDING        RECEIVING FAC/    TRANSACTION
    DATE      ENTERED       FACILITY     OUTCOUNT LOCATION      TYPE        CELL

   09/12/14   09/12/14    FIVE POINTS     FIVE PT RMHU     INTRANS SENT   HS-00-R05
   09/12/14   09/12/14    FIVE POINTS     FIVE PT RMHU     INTRANS RECV   77-0D-009
   11/12/14   11/12/14    FIVE PT RMHU    FIVE POINTS      INTRANS SENT   77-0D-009
   11/12/14   11/12/14    FIVE PT RMHU    FIVE POINTS      INTRANS RECV   HS-00-R08
   11/24/14   11/24/14    FIVE POINTS     FIVE PT RMHU     INTRANS SENT   HS-00-R06
   11/24/14   11/24/14    FIVE POINTS     FIVE PT RMHU     INTRANS RECV   77-0D-009
   12/09/14   12/09/14    FIVE PT RMHU    FIVE POINTS      INTRANS SENT   MH-00-I06
   12/09/14   12/09/14    FIVE PT RMHU    FIVE POINTS      INTRANS RECV   HS-00-R06
   12/12/14   12/12/14    FIVE POINTS     FIVE PT RMHU     INTRANS SENT   HS-00-R06
   12/12/14   12/12/14    FIVE POINTS     FIVE PT RMHU     INTRANS RECV   MH-00-I05
   12/19/14   12/19/14    FIVE PT RMHU    FIVE POINTS      INTRANS SENT   MH-00-I05
   12/19/14   12/19/14    FIVE PT RMHU    FIVE POINTS      INTRANS RECV   HS-00-R06
   12/30/14   12/30/14    FIVE POINTS     FIVE PT RMHU     INTRANS SENT   HS-00-R06
   12/30/14   12/30/14    FIVE POINTS     FIVE PT RMHU     INTRANS RECV   77-0D-009
   12/31/14   12/31/14    FIVE PT RMHU    FIVE POINTS      INTRANS SENT   77-0D-009
   12/31/14   12/31/14    FIVE PT RMHU    FIVE POINTS      INTRANS RECV   HS-00-R06
   01/12/15   01/12/15    FIVE POINTS                      DISCH TO OMH   MH-00-I03
   04/07/15   04/07/15                    FIVE PT RMHU     OMH NO NT      77-0D-015
   04/07/15   04/07/15    FIVE PT RMHU    FIVE POINTS      INTRANS SENT   77-0D-015
   04/07/15   04/07/15    FIVE PT RMHU    FIVE POINTS      INTRANS RECV   HS-00-R05
   04/09/15   04/09/15    FIVE POINTS     FIVE PT RMHU     INTRANS SENT   HS-00-R05
   04/09/15   04/09/15    FIVE POINTS     FIVE PT RMHU     INTRANS RECV   MH-00-I06
   04/14/15   04/14/15    FIVE PT RMHU    FIVE POINTS      INTRANS SENT   MH-00-I06
   04/14/15   04/14/15    FIVE PT RMHU    FIVE POINTS      INTRANS RECV   HS-00-R05
   05/26/15   05/26/15    FIVE PT RMHU    GRT MEAD BHU     TRANSFER OUT   MH-00-I03
   05/26/15   05/27/15    FIVE PT RMHU    GRT MEAD BHU     TRANSFER IN    BH-02-C07
   07/03/15   07/03/15    GRT MEAD BHU    GRT MEAD GEN     INTRANS SENT   BH-02-A06
   07/03/15   07/03/15    GRT MEAD BHU    GRT MEAD GEN     INTRANS RECV   HS-IN-IS1
   07/15/15   07/15/15    GRT MEAD GEN    GRT MEAD BHU     INTRANS SENT   HS-IN-IS7
   07/15/15   07/15/15    GRT MEAD GEN    GRT MEAD BHU     INTRANS RECV   BH-02-A06
   07/15/15   07/15/15    GRT MEAD BHU    0001             OUTSIDE HOSP   BH-02-A06
   07/16/15   07/17/15                    GRT MEAD BHU     OUTCOUNT RET   BH-02-A06
   07/16/15   07/17/15    GRT MEAD BHU    GRT MEAD GEN     INTRANS SENT   BH-02-A06
   07/16/15   07/17/15    GRT MEAD BHU    GRT MEAD GEN     INTRANS RECV   HS-IN-IS7
   07/21/15   07/21/15    GRT MEAD GEN    GRT MEAD BHU     INTRANS SENT   HS-IN-IS7
   07/21/15   07/21/15    GRT MEAD GEN    GRT MEAD BHU     INTRANS RECV   BH-02-A06
   08/18/15   08/19/15    GRT MEAD BHU    GRT MEAD GEN     INTRANS SENT   BH-02-A06
   08/18/15   08/19/15    GRT MEAD BHU    GRT MEAD GEN     INTRANS RECV   HS-IN-IS1
   08/22/15   08/23/15    GRT MEAD GEN    GRT MEAD BHU     INTRANS SENT   HS-IN-IS1
   08/22/15   08/23/15    GRT MEAD GEN    GRT MEAD BHU     INTRANS RECV   BH-02-A06
   08/22/15   08/23/15    GRT MEAD BHU    GRT MEAD GEN     INTRANS SENT   BH-02-A06
   08/22/15   08/23/15    GRT MEAD BHU    GRT MEAD GEN     INTRANS RECV   HS-IN-IS4
   08/24/15   08/25/15    GRT MEAD GEN    GRT MEAD BHU     INTRANS SENT   HS-IN-IS4
   08/24/15   08/25/15    GRT MEAD GEN    GRT MEAD BHU     INTRANS RECV   BH-02-A06
   08/24/15   08/25/15    GRT MEAD BHU    0001             OUTSIDE HOSP   BH-02-A06
   08/27/15   08/28/15                    GRT MEAD BHU     OUTCOUNT RET   BH-02-A06
   08/27/15   08/28/15    GRT MEAD BHU    GRT MEAD GEN     INTRANS SENT   BH-02-A06
   08/27/15   08/28/15    GRT MEAD BHU    GRT MEAD GEN     INTRANS RECV   HS-IN-IS2
   09/04/15   09/05/15    GRT MEAD GEN    GRT MEAD BHU     INTRANS SENT   HS-IN-IS2
   09/04/15   09/05/15    GRT MEAD GEN    GRT MEAD BHU     INTRANS RECV   BH-02-A06
```

NOTE: THIS REPORT WAS RECONSTRUCTED USING HISTORICAL INMATE MOVEMENT DATA FROM
      COMPUTER RECORDS, AND IS ONLY AS ACCURATE AS IT WAS MAINTAINED BY THE
      FACILITY FOR THIS TIME PERIOD.

```
08/06/21        SLOC010         LOCATOR SYSTEM         *FPMS*        PAGE 005
                          CHRONOLOGICAL HISTORY DISPLAY
                             08 GRN HAVN GEN
   DIN 00A1955      NYSID 04961825P     FACILITY GRN HAVN ICP    LOCATION 0J-05-006
   NAME GARDNER, PHILLIP                          DOB 11/01/64    SEX M   E/R NB

   EFFECTIVE     DATE      SENDING      RECEIVING FAC/    TRANSACTION
    DATE        ENTERED    FACILITY    OUTCOUNT LOCATION     TYPE          CELL

   12/04/15    12/04/15   GRT MEAD BHU   GRT MEAD GEN    INTRANS SENT    BH-02-C06
   12/04/15    12/04/15   GRT MEAD BHU   GRT MEAD GEN    INTRANS RECV    HS-IN-IS1
   12/14/15    12/14/15   GRT MEAD GEN   GRT MEAD BHU    INTRANS SENT    HS-IN-IS7
   12/14/15    12/14/15   GRT MEAD GEN   GRT MEAD BHU    INTRANS RECV    BH-02-C06
   02/23/16    02/23/16   GRT MEAD BHU   GRT MEAD GEN    INTRANS SENT    BH-02-C06
   02/23/16    02/23/16   GRT MEAD BHU   GRT MEAD GEN    INTRANS RECV    HS-IN-IS2
   02/29/16    02/29/16   GRT MEAD GEN   GRT MEAD BHU    INTRANS SENT    HS-IN-IS2
   02/29/16    02/29/16   GRT MEAD GEN   GRT MEAD BHU    INTRANS RECV    BH-02-C06
   03/08/16    03/08/16   GRT MEAD BHU   MARCY RMHU      TRANSFER OUT    BH-02-C06
   03/08/16    03/08/16   GRT MEAD BHU   DWNSTATE REC    INTRANS RECV    SH-1E-035
   03/10/16    03/10/16   DWNSTATE REC   MARCY RMHU      INTRANS SENT    SH-1E-035
   03/10/16    03/10/16   GRT MEAD BHU   MARCY RMHU      TRANSFER IN     RM-A1-010
   07/03/16    07/03/16   MARCY RMHU     ELMIRA GENER    INTRANS SENT    RM-A2-036
   07/03/16    07/03/16   MARCY RMHU     ELMIRA GENER    INTRANS RECV    HS-IS-I21
   07/06/16    07/06/16   ELMIRA GENER   MARCY           INTRANS SENT    HS-IS-I21
   07/06/16    07/06/16   ELMIRA GENER   MARCY RMHU      INTRANS RECV    RM-A2-036
   07/14/16    07/14/16   MARCY RMHU     ELMIRA GENER    INTRANS SENT    RM-A2-036
   07/14/16    07/14/16   MARCY RMHU     ELMIRA GENER    INTRANS RECV    HS-IS-E17
   07/18/16    07/18/16   ELMIRA GENER   MARCY RMHU      INTRANS SENT    HS-IS-E17
   07/18/16    07/18/16   ELMIRA GENER   MARCY RMHU      INTRANS RECV    RM-A1-008
   08/16/16    08/16/16   MARCY RMHU     WENDE ICP       TRANSFER OUT    RM-A1-008
   08/16/16    08/16/16   MARCY RMHU     DWNSTATE REC    INTRANS RECV    01-0D-029
   08/18/16    08/18/16   DWNSTATE REC   WENDE ICP       INTRANS SENT    01-0D-029
   08/18/16    08/19/16   MARCY RMHU     WENDE ICP       TRANSFER IN     MH-02-B08
   01/24/17    01/24/17   WENDE ICP      FIVE PT RMHU    TRANSFER OUT    MH-02-D02
   01/24/17    01/24/17   WENDE ICP      AUBURN DEPOT    INTRANS RECV    0D-08-14B
   01/26/17    01/26/17   AUBURN DEPOT   FIVE PT RMHU    INTRANS SENT    0D-08-14B
   01/26/17    01/26/17   WENDE ICP      FIVE PT RMHU    TRANSFER IN     77-0D-002
   02/06/17    02/06/17   FIVE PT RMHU   FIVE POINTS     INTRANS SENT    77-0D-002
   02/06/17    02/06/17   FIVE PT RMHU   FIVE POINTS     INTRANS RECV    HS-00-R06
   02/21/17    02/21/17   FIVE POINTS    FIVE PT RMHU    INTRANS SENT    HS-00-R04
   02/21/17    02/21/17   FIVE POINTS    FIVE PT RMHU    INTRANS RECV    77-0D-002
   04/17/17    04/17/17   FIVE PT RMHU   FIVE POINTS     INTRANS SENT    77-0D-002
   04/17/17    04/17/17   FIVE PT RMHU   FIVE POINTS     INTRANS RECV    HS-00-R03
   04/27/17    04/27/17   FIVE POINTS    FIVE PT RMHU    INTRANS SENT    HS-00-R03
   04/27/17    04/27/17   FIVE POINTS    FIVE PT RMHU    INTRANS RECV    77-0D-002
   06/20/17    06/20/17   FIVE PT RMHU   FIVE POINTS     INTRANS SENT    77-0D-002
   06/20/17    06/20/17   FIVE PT RMHU   FIVE POINTS     INTRANS RECV    HS-00-R06
   06/27/17    06/27/17   FIVE POINTS    FIVE PT RMHU    INTRANS SENT    HS-00-R06
   06/27/17    06/27/17   FIVE POINTS    FIVE PT RMHU    INTRANS RECV    77-0D-002
   10/05/17    10/05/17   FIVE PT RMHU   FIVE POINTS     INTRANS SENT    77-0D-002
   10/05/17    10/05/17   FIVE PT RMHU   FIVE POINTS     INTRANS RECV    MH-00-I01
   12/13/17    12/13/17   FIVE POINTS                    DISCH TO OMH    MH-00-I01
   04/18/18    04/18/18                  WENDE           OMH NO NT       0E-30-005
   04/19/18    04/19/18   WENDE          WENDE ICP       INTRANS SENT    0E-30-005
   04/19/18    04/19/18   WENDE          WENDE ICP       INTRANS SENT    MH-02-B03
   04/24/18    04/24/18   WENDE          WENDE ICP       TRANSFER IN     MH-02-B03
   07/30/18    07/30/18   WENDE ICP      GRN HAVN ICP    TRANSFER OUT    MH-02-D01
   07/30/18    07/30/18   WENDE ICP      AUBURN DEPOT    INTRANS RECV    0D-08-14B
   07/31/18    07/31/18   AUBURN DEPOT   GRN HAVN ICP    INTRANS SENT    0D-08-14B
```

NOTE: THIS REPORT WAS RECONSTRUCTED USING HISTORICAL INMATE MOVEMENT DATA FROM
       COMPUTER RECORDS, AND IS ONLY AS ACCURATE AS IT WAS MAINTAINED BY THE
       FACILITY FOR THIS TIME PERIOD.

```
08/06/21        SLOC010         LOCATOR SYSTEM          *FPMS*           PAGE 006
                            CHRONOLOGICAL HISTORY DISPLAY
                                  08 GRN HAVN GEN
    DIN 00A1955      NYSID 04961825P     FACILITY GRN HAVN ICP    LOCATION 0J-05-006
    NAME GARDNER, PHILLIP                        DOB 11/01/64    SEX M   E/R NB

    EFFECTIVE    DATE      SENDING      RECEIVING FAC/   TRANSACTION
      DATE      ENTERED    FACILITY    OUTCOUNT LOCATION     TYPE            CELL

    08/01/18   08/01/18   WENDE ICP      GRN HAVN ICP    TRANSFER IN      0J-06-011
    03/26/19   03/26/19   GRN HAVN ICP   GRN HAVN GEN    INTRANS SENT     AV-02-E05
    03/26/19   03/26/19   GRN HAVN ICP   GRN HAVN GEN    INTRANS RECV     HS-WD-J04
    04/11/19   04/11/19   GRN HAVN GEN   GRN HAVN ICP    INTRANS RECV     AV-02-E05
    06/16/19   06/16/19   GRN HAVN ICP   GRN HAVN GEN    INTRANS RECV     HS-WD-J01
    06/19/19   06/19/19   GRN HAVN GEN   GRN HAVN ICP    INTRANS RECV     AV-02-E05
    08/03/19   08/03/19   GRN HAVN ICP   GRN HAVN GEN    INTRANS RECV     HS-WD-J01
    08/05/19   08/05/19   GRN HAVN GEN   1061            OUTSIDE HOSP     HS-WD-J01
    08/08/19   08/08/19                  GRN HAVN GEN    OUTCOUNT RET     HS-WD-J01
    08/09/19   08/09/19   GRN HAVN GEN   GRN HAVN ICP    INTRANS RECV     AV-02-E05
    01/14/21   01/14/21   GRN HAVN ICP   GRN HAVN GEN    INTRANS RECV     0A-03-334
    01/25/21   01/25/21   GRN HAVN GEN   GRN HAVN ICP    INTRANS RECV     AV-02-E11
```

NOTE: THIS REPORT WAS RECONSTRUCTED USING HISTORICAL INMATE MOVEMENT DATA FROM
      COMPUTER RECORDS, AND IS ONLY AS ACCURATE AS IT WAS MAINTAINED BY THE
      FACILITY FOR THIS TIME PERIOD.



DEAR MS. SUNDACK, DATE: 5-26-21
(ATTORNEY AT LAW)

RE: PHILLIP JEROME GARDNER
00-A-1955

SUBJECT: I'm RESPECTFULLY
REQUESTING FOR
REPRESENTATION IN A MAJOR
LAWSUIT.

I'm WRITING YOU THIS
LETTER REQUESTING FOR A
REPRESENTATION IN A
MAJOR LAWSUIT CONCERNING
MY LEFT EYE.   I'm WILLING TO PAY
YOU 40 PRECENT OUT OF
THE WINNINGS.   I HAD A CONSULTATION
IN MY MEDICAL RECORDS
SINCE 2000 FOR LASER
SURGERY TO REMOVE A CATARACT

cont...

From my LEFT EYE which NEVER HAPPEN. I'm NOW Blind In my LEFT EYE. MY pupil In my LEFT EYE is GRAY, which suppose To Be Brown Like my Right EYE. I Recently Submitted my GRIEVANCE concerning my LEFT EYE And I EXHAUST my Remedies To THE SUPERINTENDENT And To CORC, (Central office). I'm Requesting FOR You To GET A Copy Of my MEDICAL Records And Respectfully Requesting FOR AN ATTORNEY's Visit From you As Soon As Possible.

THANK you
Respectfully Submitted

Phillip T. Gardner

# SIVIN, MILLER & ROCHE LLP

Attorneys at Law
20 Vesey Street
Suite 1400
New York, New York 10007

Glenn D. Miller
Edward Sivin*
David Roche
---------------
Clyde M. Rastetter

*also member of NJ Bar

Phone:  (212) 349-0300
Fax:     (212) 406-9462

July 20, 2021

**Legal Mail**
Phillip Gardner (00-A-1955)
Green Haven Correctional Facility
594 Route 216
Stormville, NY 12582-0010

Dear Mr. Gardner,

Our office is in receipt of your letter dated July 12, 2021, regarding whether our office would be willing to represent you in connection with a potential claim against correction officers at Green Haven Correctional Facility .

Regretfully, we are not in a position to represent you in connection with claims discussed in your letter. We are a small firm and are necessarily limited in the number and types of cases we can take on at the moment. Our decision, of course, does not mean that your claims do not have merit. However, please be advised that there is a time limit for initiating a claim based on instances of injuries received as an inmate in prison. Therefore, if you are still interested in seeking representation, I suggest that you immediately contact another lawyer. If and when you have access to telephone use, one such way to pursue finding another lawyer would be to contact Prisoner Legal Services at 518-438-8046 or the New York State Bar Association Lawyer Referral Service at 1(800) 342-3661 and explain your situation.

Finally, I enclose herewith a summary of time limitations that applies to claims and lawsuits brought by inmates in New York correctional facilities that you should be aware of if you would like to proceed with litigation in regard to your claims.

Very truly yours,
SIVIN, MILLER & ROCHE LLP

Gabby Birzh
Legal Assistant

# The Dratch Law Firm, P.C.

Attorneys At Law
Plaza One
354 Eisenhower Parkway
P.O. Box 472
Livingston, New Jersey 07039-0472

Main Office (973) 992-3700
Telecopier (973) 992-7945 or (973) 994-0130

email: BDRATCH@njcounsel.com

Stephen N. Dratch*
Julian Wilsey
Brian M. Dratch

<u>NEW YORK OFFICE</u>
233 Broadway, Suite 1800
New York, NY 10279
(212) 571-1808
Please reply to NJ Office
WEBSITE: www.njcounsel.com

<u>OF COUNSEL</u>
Richard E. Mischel*
Adam D. Dratch*

\* NJ & NY BAR
^ PA & CA BAR
+ CERTIFIED BY THE SUPREME COURT OF NJ
    AS A MATRIMONIAL ATTORNEY
□ CERTIFIED BY THE SUPREME COURT OF NJ
    AS A CIVIL TRIAL ATTORNEY

Writer's Direct Dial: (973) 533-7285

July 8, 2021

Phillip Jerome Gardner, DIN# 00A1455
Greenhaven Correctional facility
P.O. BOX 4000
Stormville, New York 12582-4000

Dear Mr.Gardner:

I would like to thank you for corresponding with our law firm with regard to your legal matter.

After a thorough review and careful consideration, unfortunately, our office will not be able to pursue a claim on your behalf. However, we are in no way offering any opinions as to the merits of your claim, but rather, simply stating that at this time, we are not able to handle this matter for you.

Please be advised that every case does have applicable time limitations within which you must commence a lawsuit or you could forever be barred from doing so. Thus, if you do decide to pursue this matter further, we advise you to contact another attorney immediately.

To the extent that you have provided us with any papers, I am enclosing them back to you herein. I thank you again for consulting with us in connection with this matter and we wish you only the best.

Very Truly Yours,

**Brian M. Dratch** /ni

BRIAN M. DRATCH

BMD/ni

00168929 - 1

# BARCLAY DAMON LLP

July 7, 2021

**LEGAL MAIL**

Phillip Gardner
DIN 00A1955
c/o Green Haven Correctional Facility
PO Box 4000
Stormville, New York  12582-4000

      Re:  Your Letter Dated June 22, 2021

Dear Mr. Gardner:

      We received your letter dated June 22, 2021.  Unfortunately, our firm is unable to assist you with your case.  If you are pursuing a civil rights case, you may wish to consider filing a motion with the Court seeking the appointment of pro bono counsel or contacting the local bar association.  If you are seeking to challenge your conviction or the conditions of your confinement, you may wish to consider contacting Prisoner's Legal Services of New York which has offices in Albany, Buffalo, Ithaca and Plattsburgh.

      Very truly yours,

      /s/ Barclay Damon LLP

      Barclay Damon LLP

BD:

Barclay Damon Tower - 125 East Jefferson Street - Syracuse, New York 13202  barclaydamon.com
reachus@barclaydamon.com  Direct: 315-425-2700  Fax: 315-425-2701
CorrespondenceTag



◄ **WEISBERG & ZUKHER PLLC** ►

David E. Zukher, Esq.

Heather A. Vincent, E:

June 3, 2021

**VIA FIRST CLASS MAIL**
Phillip Gardner- DIN 00A1955
Green Haven Correctional Facility
PO BOX 4000
Stormville, NY 12582-4000

    *Re:  Response to Letters Dated 5/28/2021.*

Dear Phillip:

    Thank you for contacting our firm regarding your potential personal injury matter. Unfortunately, based on the information obtained and the research performed our office will not be able to assist you in pursuing a lawsuit in your matter.

    Litigation is extremely expensive, and we are faced with a variety of laws passed for the purpose of insulating such entities from liability.  As such, our firm is limited as to the cases we can pursue.

    If you are interested in getting a second opinion on your matter please be advised that there are a variety of statute of limitations that may affect your case.  Although you did not discuss the date of the incident in your letter, please be advised that matters against government entities and municipalities have a ninety (90) day statute of limitations in which to file a Notice of Claim or Intent to File a Notice of Claim.  As stated above, if you are interested in pursuing your claim you should contact another attorney as soon as possible to ensure your interests are protected.
    **IF YOU ARE INTERESTED IN PURSUING YOUR MATTER, WE HEREBY ADVISE YOU TO CONTACT ANOTHER ATTORNEY AS SOON AS POSSIBLE TO ENSURE YOUR LEGAL INTERESTS ARE PROTECTED.**

    My office is sincerely sorry that we cannot assist you.  We wish you the best of health and success in the future.  If you should have any questions, please do not hesitate to call.

        Very truly yours,
        **WEISBERG & ZUKHER, PLLC.**

        David E. Zukher, Esq.

# CUTI HECKER WANG LLP

305 BROADWAY, SUITE 607
NEW YORK, NY 10007

DEVON SCHMIDT
PARALEGAL
212.620.2618 TEL
212.620.2610 FAX

DSCHMIDT@CHWLLP.COM

May 27, 2021

*Privileged and Confidential: Legal Mail*

**By U.S. Mail**

Phillip Gardner, DIN: 00-A-1955
Green Haven Correctional Facility
P.O. Box 4000
Stormville, New York 12582

Dear Mr. Gardner:

I write in response to your request for legal assistance. Unfortunately, this firm is not in a position to help you. Our firm is one of limited resources and, regrettably, we are not able to represent every client who seeks our services.

Our decision not to represent you in no way means that you do not have a case. It simply means that our firm has made a judgment that we are not in a position to assist you at this time. If you are interested in pursuing your case, we encourage you to seek other counsel or proceed with the lawsuit *pro se.* Please be aware that there may be statues of limitations and other deadlines that you need to comply with.

I am sorry that we cannot be of greater assistance. We wish you the best of luck.

Sincerely,

Devon Schmidt
Paralegal



ACLU of New York

New York Civil Liberties Union
125 Broad Street, 19th Floor
New York, NY 10004
(212) 607-3300
www.nyclu.org

Legal Intake Committee
July 8, 2021

Phillip J. Gardner
00A1955
Green Haven Correctional Facility
PO Box 4000
Stormville, New York 12582-4000

Re: Your request for an attorney

Dear Phillip J. Gardner:

We write in response to your letter to the New York Civil Liberties Union ("NYCLU") regarding your report of the inadequate medical care concerning your eye that you have received while incarcerated at Green Haven Correctional Facility.  Unfortunately, we cannot provide you with the help you need.  Please understand that our decision does not imply any judgment on the merits of your claim(s).  As a private and non-profit organization with limited resources, we can accept very few matters and cases.

We do appreciate that you shared your experience with us and are very sorry for what you have endured.  You have a right to adequate healthcare, and it is the responsibility of the New York State Department of Corrections and Community Supervision (DOCCS) to provide you with that care.  Know that the NYCLU is deeply committed to seek criminal justice reforms to ensure medical treatment that addresses the needs for all people.

We have enclosed a list of other organizations and resources that you may want to contact and use as a reference for assistance in addressing your concerns.  For more information on your right to adequate medical care in prison, you may want to refer to Chapter 23 of *The Jailhouse Lawyer's Manual* (JLM).

In the meantime, please be advised that in most circumstances, to preserve your right to file a lawsuit about treatment in your prison, you must first file a grievance with the appropriate person or entity in your prison within a certain time period and go through all the steps of your prison's grievance procedures.  You may refer to your prison inmate handbook to determine its grievance procedure.

To increase your chances of obtaining relief in response to a grievance, please be sure to write out your complaint accurately and with great detail – listing exactly the issues of concern and answering as many of the "who, what, where, when, why and how" questions as you possibly can.  Be careful not to overstate the facts or use inflammatory or disrespectful language in your complaint as it will undermine your credibility and, thus, reduce your chances of obtaining the relief you seek.  Please be sure to specify what form of relief you are seeking.

Finally, please be sure to keep copies of all papers you file and receive and comply with all filing deadlines (including appeals' deadlines if an appeal of the grievance determination is necessary).  Some of the organizations on the enclosed list may be able to provide additional information and guidance regarding grievance procedures and any relevant time limits.

We are sorry to be unable to help you directly, and we wish you success in resolving this matter to your satisfaction.

Sincerely,



PHILLIP J. GARDNER
00-A-1955
GREEN HAVEN CORR. FACILITY
P.O. BOX 4000
STORMVILLE, NY 12582-4000

RECEIVED
SDNY PRO SE OFFICE
2021 NOV 30 AM 10:17

LEGAL MAIL

To: UNITED STATES DISTRICT COURT.
500 PEARL STREET
S.D.N.Y
New York, NY 10007

ATTN: PRO-SE CLERK OFFICE
Room 230

USMP3
SDNY